1 John J. Carey
  **CAREY & DANIS, LLC**
2 8235 Forsyth Blvd., Suite 1100
  St. Louis, Missouri 63105
3 Telephone: 314.725.7700
  Facsimile: 314.721.0905
4 Attorneys for Plaintiffs

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND | Case No. : 06-2485 CRB |
|---|---|
| 13 PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14 | |
| 15 Danell Knott, et al., | |
| 16 Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 vs. | |
| 18 Pfizer Inc, et al., | |
| 19 Defendants. | |

20

21 Come now the Plaintiffs Isabel Guerra, James Greer, and Connie Johnson for Lillie Jo

22 Wilkes in the above-entitled action and Defendants, by and through the undersigned attorneys,

23 pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24 this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

25 attorneys' fees and costs.

26

27

28

-1-

DATED: 1/15, 2010    By: [signature]

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

[signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE